BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:15-CR-00005-JLT |
|---|---|
| Plaintiff, | |
| v. | MOTION AND PROPOSED ORDER FOR DISMISSAL |
| JACK R. BITZER, | |
| Defendant. | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against JACK R. BITZER, on or about June 25, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 22, 2015                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Katherine A. Plante
                                        KATHERINE A. PLANTE
                                        Special Assistant U.S. Attorney

# O R D E R

IT IS HEREBY ORDERED that the Information filed on June 25, 2015 against JACK R. BITZER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 22, 2015**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE